United States District Court
Southern District of Texas
**ENTERED**
June 01, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JANIE MARIE CAVAZOS, AS NEXT OF FRIEND OF MAGDALENA ROBLES-AGUIRRE, <br> "Plaintiff," <br><br> v. <br><br> FINANCE OF AMERICA STRUCTURED SECURITIES ACQUISITION TRUST 2017-HB1, WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT INDIVIDUALLY, BUT SOLELY AS TRUSTEE, <br> "Defendant." | § § § § § § § § § § § § § § | Civil Action No. 1:22-cv-00162 |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is Defendant's "Motion for Summary Judgement" ("MSJ") (Dkt. No. 13) and the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 15). The R&R recommends this Court (1) grant Defendant's MSJ (Dkt. No. 13); (2) dismiss with prejudice Plaintiff's claims; and (3) direct the Clerk of Court to close this case.

No objections were filed by either party. When no objections are filed to a magistrate judge's ruling, the district court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

Defendant's MSJ (Dkt. No. 13) is **GRANTED**. Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **ORDERED** to close this case.

Signed on this 1st day of June, 2023.

Rolando Olvera
United States District Judge